

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard South,
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

STEVEN W. MYHRE
Acting United States Attorney
CRISTINA D. SILVA
Assistant United States Attorney
Nevada Bar No. 13760
501 Las Vegas Blvd., S., Suite 1100
Las Vegas, NV 89101
Tel: (702) 388-6336
Fax: (702) 388-5087
cristina.silva@usdoj.gov

Attorney for Plaintiff, United States



# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICHOLAS OMARJUEN LEWIS,<br><br>Defendant. | Magistrate No. 2:17-mj-00598-VCF<br><br>**MOTION TO SEAL**<br><br>**(Filed Under Seal)** |

COMES NOW the United States of America, by and through STEVEN W. MYHRE, Acting United States Attorney, and CRISTINA D. SILVA, Assistant United States Attorney, and respectfully moves this Honorable Court for an Order sealing the Complaint in the above captioned matter.

The Government submits that it is necessary for said documents to be sealed in light of the fact that they make reference to information regarding an on-going investigation.

///

1 | The Government submits that disclosure of the information might possibly jeopardize the
2 | investigation.  The Government submits that its right to secrecy far outweighs the public's right to
3 | know.

DATED: May 18, 2017

Respectfully submitted,

STEVEN W. MYHRE
Acting United States Attorney

_____
CRISTINA D. SILVA
Assistant United States Attorney

```
                                                    FILED
                                              2017 MAY 19 PM 1:24
                                              U.S. MAGISTRATE JUDGE
                                              BY_____
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-mj-00598-VCF<br>**Magistrate No.** |
| Plaintiff, | **ORDER TO SEAL** |
| vs. | **(Filed Under Seal)** |
| NICHOLAS OMARJUEN LEWIS, | |
| Defendant. | |

Based on Government's Motion to Seal the Complaint in the above-captioned matter and good cause appearing, therefore

IT IS SO ORDERED that the Complaint be sealed.

DATED this 19th day of May, 2017.

_____
United States Magistrate Judge

3