STEVEN W. MYHRE
Acting United States Attorney
Nevada Bar No. 9635
FRANK JOHAN COUMOU
Assistant United States Attorney
Nevada Bar No. 4577
District of Nevada
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
frank.coumou@usdoj.gov

*Attorney for United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS OMARJUEN LEWIS,<br><br>Defendant. | Case No. 2:17-mj-00598-VCF<br><br>STIPULATION TO CONTINUE PRELIMINARY HEARING<br>(FIRST REQUEST) |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Frank Johan Coumou, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Nicholas Omarjuen Lewis, that the Preliminary Hearing currently scheduled for June 5, 2017 at 4:00 p.m. be vacated and set to a date and time convenient to this Court, in fourteen (14) days.

///

The Stipulation is entered into for the following reasons:

1. Counsel for the Defendant and the Government are awaiting discovery.
2. Counsel for the Defendant and the Government have discussed possible resolution.
3. The Defendant is incarcerated and does not object to the continuance.
4. The parties agree to the continuance.
5. The additional time requested herein is not sought for purposes of delay, buy merely to allow counsel for both parties sufficient time within which to receive and review discovery and be able to effectively analyze the case.
6. Additionally, denial of this request of continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excusable in computing the time within which the preliminary hearing herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(1)(G) and 3161(h)(7)(A).
7. This is the first stipulation to continue filed herein.

**DATED** this 1st day of June, 2017.

Respectfully submitted,

RENE L. VALLADARES  
Federal Public Defender

STEVEN W. MYHRE  
Acting United States Attorney

_/s/_  
RAQUEL LAZO  
Assistant Federal Public Defender  
Counsel for Nicholas Omarjuen Lewis

_/s/_  
FRANK J. COUMOU  
Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

United States of America,

    Plaintiff,

v.

NICHOLAS OMARJUEN LEWIS,

    Defendant.

Case No. 2:17-mj-00598-VCF

ORDER TO CONTINUE PRELIMINARY HEARING (FIRST REQUEST)

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the Defendant and the Government are awaiting discovery.
2. Counsel for the Defendant and the Government have discussed possible resolution.
3. The Defendant is incarcerated and does not object to the continuance.
4. The parties agree to the continuance.
5. The additional time requested herein is not sought for purposes of delay, buy merely to allow counsel for both parties sufficient time within which to receive and review discovery and be able to effectively analyze the case.

6. Additionally, denial of this request of continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excusable in computing the time within which the preliminary hearing herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(1)(G) and 3161(h)(7)(A).

7. This is the first stipulation to continue filed herein.

### CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for the preliminary hearing, and possibly resolve the case prior to the preliminary hearing or an indictment, taking into account the exercise of due diligence.

The continuance sought herein is allowed, with the defendant's consent, pursuant to Federal Rules of Procedure 5.1(d).

### ORDER

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for June 5, 2017, at the hour of 4:00 p.m., be vacated and continued to June 20, 2017 at the hour of 4:00 ~~am~~/pm.

DATED 1st day of June, 2017.

_____
THE HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

4