

1  RENE L. VALLADARES
   Federal Public Defender
2  Nevada State Bar No. 11479
   RAQUEL LAZO
3  Assistant Federal Public Defender
   Nevada State Bar No. 8540
4  411 E. Bonneville, Ste. 250
   Las Vegas, Nevada 89101
5  (702) 388-6577/Phone
   (702) 388-6261/Fax
6  Raquel_Lazo@fd.org

7  Attorney for Nicholas Omarjuen Lewis

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

2:17-mj-598-VCF

| UNITED STATES OF AMERICA, | Case No. 2:~~17-cr-202-JCM-~~NJK |
|---|---|
| Plaintiff, | ~~SEALED~~ STIPULATION TO CONTINUE PRELIMINARY HEARING |
| v. | (Second Request) |
| NICHOLAS OMARJUEN LEWIS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Frank Johan Coumou, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Nicholas Omarjuen Lewis, that the Preliminary Hearing currently scheduled on July 21, 2017 at 4:00 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1. Mr. Lewis is set for change of plea on July 21, 2017 at 4:00 p.m. The change of plea will obviate the need for a preliminary hearing.

2. Defendant is incarcerated and does not object to a continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the second request for continuance filed herein.

DATED this 18th day of July, 2017.

RENE L. VALLADARES  
Federal Public Defender

By_____  
RAQUEL LAZO  
Assistant Federal Public Defender

STEVEN W. MYHRE  
Acting United States Attorney

By_____ (for)  
FRANK JOHAN COUMOU  
Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NICHOLAS OMARJUEN LEWIS,<br><br>　　　　Defendant. | Case No. 2:17-mj-598-VCF<br><br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on July 21, 2017 at the hour of 4:00 p.m., be vacated and continued to August 4, 2017 at the hour of 4:00 PM .m.

DATED this 19th of July, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

3